Jeremy S. Golden (SBN 228007)
Cory M. Teed (SBN 299780)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS BAGNASCO, and JOANN BAGNASCO,<br><br>             Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.<br><br>             Defendants. | Case No.: 17-cv-2359-BEN (KSC)<br><br>**Notice of Settlement as to Tran Union LLC Only** |

   Please take notice that this matter is settled with defendant Trans Union, LLC only. This settlement does not apply to the other defendants.


Dated: February 23, 2018          /s/Cory M. Teed
                                  Cory M. Teed
                                  Attorney for Plaintiffs