FILED

MAR 2 7 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS BAGNASCO, et al.,<br><br>                          Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>                       Defendants. | Case No.: 3:17-cv-02359-BEN-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PURSUANT TO F.R.C.P. 41(a)(1)(ii)**<br><br>**[Doc. No. 19]** |

Having read and considered the Joint Motion for Dismissal filed by Plaintiffs ROSS BAGNASCO, an individual and JOANN BAGNASCO, an individual and Defendant TRANS UNION LLC, a limited liability company, and good cause appearing,

**IT IS HEREBY ORDERED:**

The parties' Joint Motion for an Order dismissing Trans Union LLC with prejudice is hereby **GRANTED.** Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: March 2_, 2018

_____
HON. ROGER T. BENITEZ
United States District Judge