Jeremy S. Golden (SBN 228007)
Cory M. Teed (SBN 299780)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS BAGNASCO, and JOANN BAGNASCO, <br><br> Plaintiffs, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., et al. <br><br> Defendants. | Case No.: 17-cv-2359-BEN (KSC) <br><br> **Notice of Settlement as to Equifax Information Services, LLC Only** |

Please take notice that this matter is settled with defendant Equifax Information Services, LLC only.  This settlement does not apply to the other defendants.

Dated: April 12, 2018        /s/Cory M. Teed
                             Cory M. Teed
                             Attorney for Plaintiffs

1
Notice of Settlement as to Equifax Information Services, LLC Only