Jeremy S. Golden (SBN 228007)
Cory M. Teed (SBN 299780)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS BAGNASCO, and JOANN BAGNASCO,<br><br>        Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.<br><br>        Defendants. | Case No.: 17-cv-2359-BEN (KSC)<br><br>**Notice of Settlement as to the Entire Case** |

   Please take notice that this matter has been settled with all defendants.


Dated: April 17, 2018            /s/Cory M. Teed_____
                                 Cory M. Teed
                                 Attorney for Plaintiffs

1
Notice of Settlement as to the Entire Case