Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS BAGNASCO, an individual, and JOANN BAGNASCO, an individual,<br><br>  Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a corporation; EQUIFAX INFORMATION SERVICES, LLC; a limited liability company; TRANS UNION LLC, a limited liability company; and DOES 1 through 10 inclusive,<br><br>  Defendants. | Case No.: 17-CV-02359-BEN-KSC<br><br>**Joint Motion to Dismiss Entire Case** |

NOTICE IS HEREBY GIVEN THAT:

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii) the parties hereby jointly move to dismiss the entire case with prejudice. Each party to bear its own costs and fees

DATE: May 30, 2018                BY:/s/Jeremy S. Golden
                                  Jeremy S. Golden
                                  Attorney for Plaintiff

DATE: May 30, 2018	BY: /s/Edwin A. Howell, Esq.
	Edwin A. Howell
	Attorney for Experian Information Solutions, Inc.

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Edwin A. Howell, and that I have obtained counsels' authorization to affix their electronic signatures to this document.

DATE: May 30, 2018	BY: /s/Jeremy S. Golden
	Jeremy S. Golden
	Attorney for Plaintiff