FILED

JUN 0 6 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS BAGNASCO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., et al., <br><br> Defendants. | Case No.: 3:17-cv-02359-BEN-KSC <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE CASE** <br><br> [Doc. No. 26] |

Having read and considered the Joint Motion for Dismissal of Entire Case filed by Plaintiffs ROSS BAGNASCO, an individual and JOANN BAGNASCO, an individual and Defendants EQUIFAX INFORMATION SERVICES, LLC, a limited liability company, and TRANS UNION LLC, a limited liability company, and good cause appearing,

**IT IS HEREBY ORDERED:**

The parties' Joint Motion for an Order Dismissing the Entire Case with prejudice is hereby **GRANTED.** Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: June 5, 2018

HON. ROGER T. BENITEZ
United States District Judge